# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1133
LT Case Nos. 59-2023-CF-3187-A
59-2024-CF-2063-A
59-2024-CF-2418-A

_____

MARCUS DANIELLE WATSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, and Michael Mario Pirolo, Chief
Assistant Public Defender, Viera, for Petitioner.

No Appearance for Respondent.

May 2, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the February 27, 2025 judgments and
sentences rendered in Case Nos. 59-2023-CF-3187-A, 59-2024-CF-
2063-A and 59-2024-CF-002418-A in the Circuit Court in and for
Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

—————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————